IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Trey Alexander Williams, | C/A No. 0:19-cv-03249-DCC |
| Plaintiff, | **ORDER** |
| vs. | |
| David Hamilton, York County Moss Justice Center, Chief Hicks, | |
| Defendants. | |

    Plaintiff, while a pretrial detainee at the York County Moss Justice Center, proceeding *pro se*, filed this case pursuant to 42 U.S.C. § 1983. ECF No. 1. By Orders dated November 26, 2019, and December 27, 2019, Plaintiff was given an opportunity to provide the necessary information to bring the case into proper form for evaluation and possible service of process, including paperwork regarding payment of the filing fee. ECF Nos. 8; 13. Plaintiff was warned that failure to provide the necessary information and paperwork within the timetable set in the Order may subject the case to dismissal. ECF Nos. 8 at 2; 13 at 1. During this same time, Plaintiff filed two motions seeking entry of a preliminary injunction. ECF Nos. 12; 18. The Honorable Kevin F. McDonald, United States Magistrate Judge, entered two Reports and Recommendations recommending that the motions be denied. ECF Nos. 15; 22. On January 24, 2020, Plaintiff was given one final opportunity to bring the case into proper form for evaluation and possible service of process. ECF No. 21. Plaintiff was warned that failure to provide the necessary information and paperwork within the timetable set in the Order may subject the case to dismissal. *Id*. at 1. On February 21, 2020, because it appeared there was confusion regarding the pending deadlines in the case, the undersigned issued an Order providing Plaintiff until March 6, 2020, to provide the necessary documents to bring his case into proper form. ECF No. 29. In this same Order, Plaintiff was provided one last opportunity to file objections to Judge McDonald's Reports and Recommendations and warned that the undersigned would only review the Reports and Recommendations for clear error if Plaintiff

failed to file objections. *Id*. Plaintiff has not responded to the court's Orders or filed objections as instructed, and the time for response has lapsed.

Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. Accordingly, the case is dismissed without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962). Because this case is being dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff's motions seeking entry of a preliminary injunction and the Reports and Recommendations recommending they be denied are found as moot. ECF Nos. 12; 15; 18; 22.

**IT IS SO ORDERED**.

s/Donald C. Coggins, Jr.
United States District Judge

May 6, 2020
Spartanburg, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.